**DISMISS; and Opinion Filed January 16, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01188-CV

### VIRGIE ROBINSON, Appellant
### V.
### THE HOUSING AUTHORITY OF DALLAS LAKEVIEW TOWNHOMES, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-04388-E**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice Brown

The filing fee in this case is past due. By postcard dated August 27, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal without further notice. Also by postcard dated August 27, 2013, we notified appellant that the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of her appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise communicated with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).


/Ada Brown/
ADA BROWN
JUSTICE

131188F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

VIRGIE ROBINSON, Appellant

No. 05-13-01188-CV          V.

THE HOUSING AUTHORITY OF
DALLAS LAKEVIEW TOWNHOMES,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-04388-E.
Opinion delivered by Justice Brown.
Justices O'Neill and Myers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE HOUSING AUTHORITY OF DALLAS LAKEVIEW TOWNHOMES recover its costs of this appeal from appellant VIRGIE ROBINSON.

Judgment entered this 16th day of January, 2014.

/Ada Brown/
ADA BROWN
JUSTICE